FILED
MAR 24 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Singh, | No. C06-02003 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| Gonzalez, | |
| Defendant. | |

Pending before the Court is Petitioner Gurjit Singh's Petition for Writ of Habeas Corpus.[1] Petitioner is currently detained in an immigration detention facility in Bakersfield, California.

The court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

For good cause shown, Respondent shall, by **April 7, 2006**, show cause why a writ of habeas corpus should not be issued. If Petitioner wishes to respond, he shall do so within thirty days of his receipt of the answer.

**IT IS SO ORDERED.**

Dated: March 24, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 1, March 15, 2006.