IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURJIT SINGH, | No. C06-02003 MJJ |
|     Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| ALBERTO R. GONZALEZ, | |
|     Respondent. | |

On March 24, 2006, the Court ordered Respondent to respond to Petitioner's writ of habeas corpus by April 7, 2006. (Doc. No. 3). Respondent never acknowledged or responded to the Court's order.

Respondent is hereby **ORDERED** to show cause by **June 8, 2006,** why the Court should not impose sanctions, including, but not limited to, the granting of Petitioner's writ and the imposition of costs and fees for Respondent's failure to respond to the Court's previous order. Respondent is further **ORDERED** to respond to Petitioner's Petition for Writ of Habeas Corpus by **June 8, 2006.** Failure to respond to this order **shall** result in sanctions.

**IT IS SO ORDERED.**

Dated: May 18, 2006

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE