LAW OFFICE OF
MARTIN RESENDEZ GUAJARDO
A Professional Corporation
555 Clay Street
San Francisco, California 94111
Telephone: (415) 398-3852

Attorney for Petitioner:

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Gurjit Singh, | ) | No. 06-02003-MJJ |
| | ) | |
| Petitioner, | ) | |
| v. | ) | |
| | ) | |
| Alberto Gonzales, Attorney General, | ) | JOINT STIPULATION TO |
| and Michael Chertoff, Secretary of | ) | DISMISS WRIT OF HABEAS |
| the Department of Homeland Security | ) | CORPUS UNDER 28 U.S.C. |
| | ) | § 2241 AND ORDER |
| Respondents. | ) | |
| | ) | |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, as follows:

1.  A Writ of Habeas Corpus in the above-entitled case was filed on March 15, 2006 with the United States District Court. The habeas petition requested the District Court to review the Respondent's authority to keep him detained indefinitely in violation of his right to Due Process.

2.  In consultation with his counsel, Petitioner has decided to depart the United States and is therefore opting to dismiss the instant habeas petition.

3. In light of Petitioner's decisions, the parties agree to a dismissal of the Petition for Writ of Habeas Corpus.

**IT IS SO STIPULATED.**

                Respectfully submitted,

Dated: October 17, 2006        /s Martin Resendez Guajardo
                Martín Resendez Guajardo
                Attorney for Petitioner

Dated: October 17, 2006        /s/ Edward Olsen
                Edward Olsen
                Assistant United States Attorney

### ORDER

Petitioner's Writ of Habeas Corpus is hereby dismissed.

**IT IS SO ORDERED.**

Dated: 10/20/2006                  _____
                U.S. District Court Judge